UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:18-CV-81135-BB

HOWARD COHAN,

    Plaintiff,

vs.

LAKE WORTH HOSPITALITY, L.L.L.P
a Florida Limited Partnership
d/b/a HAMPTON INN

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, LAKE WORTH HOSPITALITY, L.L.L.P, a Florida Limited Partnership, d/b/a HAMPTON INN, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED November 8, 2018.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Justin C. Sorel** |
|---|---|
| Gregory S. Sconzo, Esq. | Justin C. Sorel, Esquire |
| Florida Bar No.: 0105553 | FBN: 0016256 |
| The Law Office of Gregory S. Sconzo, P.A. | Arthur E. Alves, II, Esquire |
| 5080 PGA Boulevard, Suite 213 | FBN: 118553 |
| Palm Beach Gardens, FL 33418 | Cole, Scott & Kissane, P.A. |
| Telephone: (561) 729-0940 | 222 Lakeview Avenue, Suite 120 |
| Facsimile: (561) 491-9459 | West Palm Beach, Florida 33401 |
| Service Email: sconzolaw@gmail.com | Counsel for the Defendant |
| Email: greg@sconzolawoffice.com | |
| Attorney for Plaintiff | |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**